```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23166
   MARSHALL L DAVIS
   JOYCE A KING DAVIS                       CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-3912    SSN XXX-XX-4554


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/10/2007 and was confirmed 03/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  17.00%.

     The case was dismissed after confirmation 01/12/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED         1090.65         .00           .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED        .00           .00
CITY OF CHICAGO PARKING    UNSECURED         1050.00         .00           .00
COMMONWEALTH EDISON        UNSECURED          774.09         .00           .00
FREEDMAN ANSELMO LINBERG   NOTICE ONLY      NOT FILED        .00           .00
HARRIS & HARRIS            UNSECURED        NOT FILED        .00           .00
HOLY CROSS                 UNSECURED        NOT FILED        .00           .00
NCO FINANCIAL              UNSECURED        NOT FILED        .00           .00
NCO MEDCLR                 UNSECURED        NOT FILED        .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED          159.92         .00           .00
PRONGER SMITH MEDICARE     UNSECURED          451.00         .00           .00
REGIONAL ACCEPTANCE CORP   UNSECURED        15669.93         .00           .00
SPRINT-NEXTEL CORP         UNSECURED          428.95         .00           .00
T MOBILE                   UNSECURED          263.11         .00           .00
VALENTINE & KEBARTAS INC   UNSECURED        NOT FILED        .00           .00
WOW INTERNET CABLE         UNSECURED        NOT FILED        .00           .00
WELLS FARGO HOME MORTGAG   NOTICE ONLY      NOT FILED        .00           .00
WYNDHAM VACATION RESORTS   NOTICE ONLY      NOT FILED        .00           .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC    17033.13      756.31        1642.35
WELLS FARGO HOME MORTGAG   CURRENT MORTG        .00          .00           .00
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE     7330.55         .00           .00
WYNDHAM VACATION RESORTS   SECURED NOT I    13389.91         .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          2739.67         .00           .00
SOCIAL SECURITY ADMIN      PRIORITY        NOT FILED        .00           .00
SOCIAL SECURITY ADMINIST   PRIORITY        NOT FILED        .00           .00
DEER & STONE               PRIORITY        NOT FILED        .00           .00
AMERICREDIT FINANCIAL SV   UNSECURED       NOT FILED        .00           .00
FORD MOTOR CREDIT          UNSECURED         6244.70         .00           .00
INTERNAL REVENUE SERVICE   UNSECURED           21.29         .00           .00
B-REAL LLC                 UNSECURED          827.34         .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         4662.62         .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           73.15         .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 23166 MARSHALL L DAVIS & JOYCE A KING DAVIS
```

```
DEER & STONE              DEBTOR ATTY     2,400.00                           .00
TOM VAUGHN                TRUSTEE                                         201.34
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   2,600.00

PRIORITY                                             .00
SECURED                                         1,642.35
    INTEREST                                      756.31
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              201.34
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                    2,600.00            2,600.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE